**EXHIBIT B**

企業秘密− 秘密保持契約の対象

投資機会



# アンタラ・バイオサイエンシズ
# &
# アンタラ・ジャパン

　今回、日本の有資格投資家の中の限られた方々に投資機会を公表できることを嬉しく思います。今回の投資機会はそれぞれユニークな特長をもっていますが、現在、日本と米国の市場は好ましい条件を呈しており、今回の機会は投資家の皆様に有利な投資機会をご提供するために企画されました。IPO(新規株式公開)へ向かうまでの段階として、今回は、限定された投資家の皆様のみを対称にこのベンチャー事業への参加機会をご提供しています。

## アンタラ・バイオサイエンシズ・インク

アンタラ・バイオサイエンシズ・インクは最近米国で設立された（デラウェア州で登録）インビトロ診断を専門とする会社です。当社の技術は東芝の特許技術をベースとし、東芝から独占的にライセンス許諾されています。当社の創立には株式会社東芝、株式会社ユーラス・ジェノミックス、株式会社ジェネシス・テクノロジーズ、ハワイの臨床研究所がパートナーとして参加し、世界で認められたトップの学術機関（例、カリフォルニア工科大学、スタンフォード大学、ハーバード大学、MIT）および一流バイオテクノロジー企業（例、ロシュ、アフィメトリックス、パーラジェン、アボット、ベイヤー、ベクトンディッキンソン、ジェネンテック、武田薬品工業、タカラバイオ）出身の科学者チームおよび経営陣が編成されています。

当社独自の電気化学的 DNA 特許技術を駆使して米国の診断市場に進出していきますが、高利潤の診断市場で高シェアを占める体制が整っています。この技術は従来の技術に比して感度が高く、ガンの検出および治療、感染性疾患の検出および治療、ファーマコジェノミックス（一人一人異なる遺伝子の構成に基づいく疾患治療で、"テーラーメイド医療"とも呼ばれる）などの分野の進歩を促します。

ライセンス許諾された東芝の技術が有効であることは、大阪大学薬学部、国立がんセンター研究所(東京)、神戸大学医学部(神戸)、東京女子医科大学（東京）、ジーンケア研究所（神奈川県）などの医療研究機関ですでに証明されています。

 

(独占的にライセンス許諾された装置およびチップ)

インビトロ診断（"IVD"）市場は非常に大きく、利潤が高いと言われています。現在のところ、以下のように見積もられています。

 

アンタラの技術は、現在使用できる技術（ロシュ、ABI、アフィメトリックス社、島津製作所、オリンパス、日立製作所）と比して、(i) 応用範囲が広い、(ii) DNA 増幅が必要でない、(iii) 感度が高い、などと多くの面で異なります。このような違いがあるため、アンタラの技術により早期の疾患/ガン検出が可能となり、短期間のうちに市場シェアの占有と高収益が達成できるものと期待されます。

（ウォールストリートによる）現市場の見積もりに基づき、当社では 24 ヶ月以内に米国ナズダック市場で IPO（US$700 million−US$1 billion）を達成したいと考えていますが、最初の有資格投資家の皆様には多額のリターンが可能であるものと期待しています。

## アンタラ・ジャパン

アンタラ・ジャパンは株式会社として東京に創立される予定で、これまで日本では見られなかった非常にユニークな機会となります。

アンタラの創立者達はバイオテクノロジー、薬学、特許法の分野で実績を有する経験豊富なリーダーです。アンタラは米国およびヨーロッパの薬学（ガン、および他疾患のパイプライン薬品）、バイオテクノロジー、診断（新医療試験）、医療機器などの分野で開発された重要な技術を特定し、独占権（特許を含む）を取得し、その技術を日本市場に紹介したいと考えています。日本に紹介された技術を使って日本に新しい会社群が設立され、それらの会社は日本の一流医療研究機関/企業との協力によってさらに開発を行って、やがては重要な製品の日本市場への発売に繋がっていくものと期待します。また、成功の暁には各社とも日本の株式市場での IPO が期待できます。

アンタラ・ジャパンは、海外で開発された重要な技術を特定して日本の投資家に紹介することを目的に設立される、日本では初めての会社です。最初の投資家の方々には親会社（アンタラ・ジャパン）の株式、または IPO を目標として新たに設立される会社（一社または複数社）の株式の優先オプションを保有していただけます。我々の戦略では、海外で発達した技術を取得して、日本で新会社を設立し、投資家の皆様のために早期に IPO 達成することを考えています。

この機会は現在の市況では、投資家の皆様にとって特別な投資機会となります。日本のバイオ技術系企業の現在の平均株価収益率(PER)は以下の通りです。

| 分野 | 株価収益率 |
|---|---|
| 創薬 | 545.6 |
| バイオテクノロジー | 59.38 |
| インビトロ診断 | 226.06 |
| 医療機器 | Between 100 and 200 |

当社への最初の投資家は、(i)株式の所有、および/または (ii)アンタラ・ジャパンが設立する会社の株式の購入、ができる優先地位を受けていただけます。

## 連絡先

アンタラ・バイオサイエンシズまたはアンタラ・ジャパンに関する詳細については、下記までご連絡ください。

アンタラバイオサイエンスインク
5年間の支出の予測

支出の予測

| 項目 | 1年目 経費 | 2年目 経費 | 3年目 経費 | 4年目 経費 | 5年目 経費 |
|---|---|---|---|---|---|
| FDA未認関連費用 | $15,000,000.00 | $20,000,000.00 | $30,000,000.00 | $30,000,000.00 | $25,000,000.00 |
| **固定経費** | | | | | |
| インフラ関連費 | | | | | |
| オフィス(空調、家具、設立) 総額 | $2,000,000.00 | $ - | | | |
| 工場 | $1,500,000.00 | | | | |
| 設備/リース | $1,500,000.00 | $8,500,000.00 | $18,500,000.00 | $1,500,000.00 | $1,500,000.00 |
| | $15,000,000.00 | $20,000,000.00 | $25,000,000.00 | $25,000,000.00 | $25,000,000.00 |
| **研究開発・知的財産** | | | | | |
| 特許進行費・管理 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 |
| 実施 | $2,000,000.00 | $5,000,000.00 | $5,000,000.00 | $5,000,000.00 | $5,000,000.00 |
| 新規出願費 | $2,000,000.00 | $5,000,000.00 | $10,000,000.00 | $10,000,000.00 | $10,000,000.00 |
| 販売宣伝 | $7,500,000.00 | $9,000,000.00 | $10,000,000.00 | $11,000,000.00 | $15,000,000.00 |
| 給与 | $2,000,000.00 | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 |
| 一般管理費 | $1,500,000.00 | $1,500,000.00 | $1,000,000.00 | $1,000,000.00 | $1,000,000.00 |
| IT関連費用 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 |
| 法務 | $1,000,000.00 | $1,000,000.00 | $1,000,000.00 | $1,000,000.00 | $1,000,000.00 |
| 経理関連費用 | | | | | |
| コンサルタント費用 | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 | $5,000,000.00 | $5,000,000.00 |
| 小計 | $59,000,000.00 | $86,000,000.00 | $119,000,000.00 | $102,500,000.00 | $106,500,000.00 |
| 東芝への当初支払分 ASRのためのCLH支払分 | JPY 1,000,000,000 $5,000,000.00 | $15,000,000.00 | $20,000,000.00 | $25,000,000.00 | |
| 合計 | $74,000,000.00 | $101,000,000.00 | $139,000,000.00 | $127,500,000.00 | $106,500,000.00 |
| **収入予測** | | | | | |
| マーカー(○○○、○○○○、○○○、○○○○、○○) 価格総額 | | | $30,000,000.00 $50,000,000.00 | $60,000,000.00 $100,000,000.00 | $150,000,000.00 $250,000,000.00 |
| -各インフルエンザの当初出 -BSEの当初出 プロ対策 -縫製費 | | | $75,000,000.00 | $75,000,000.00 | $100,000,000.00 |
| 合計 | $ - | $ - | $155,000,000.00 | $235,000,000.00 | $500,000,000.00 |
| 収益 | $(74,000,000.00) | $(101,000,000.00) | $16,000,000.00 | $107,500,000.00 | $393,500,000.00 |
| 新規ファンド | $75,000,000.00 | $100,000,000.00 | $15,000,000.00 | $122,500,000.00 | $516,000,000.00 |
| 財務バランス | $(1,000,000.00) | $(1,000,000.00) | $15,000,000.00 | $122,500,000.00 | $516,000,000.00 |
| 従業員 | - | 20 | 25 | 25 | 30 |
| | | | | | 100 |

# アンタラ・バイオサイエンス・インク

## 事業概要
## 2006年1月

### 企業秘密 — 秘密保持契約の対象

2006/2/12

# 目標

1. 従来のインビトロ診断方法に取って代わる有力な方法を初めて提供。

2. 現在の技術および基準を満たし、さらに超えた高感度。

3. 急速に市場進出して、インビトロ診断市場で支配的な市場シェアを確保。

2006/2/12

# アンタラ・バイオサイエンス・インク

## カリフォルニア州マウンテンビューの 最先端のラボラトリー





Powered by 3

2006/2/12

# アンタラ・バイオサイエンス・インク

## カリフォルニア州マウンテンビューの
## 最先端のラボラトリー



Powered by 4

2006/2/12

アンタラ・バイオサイエンス・インク

分子生物学
ウェットラボ









5

2006/2/12

# アンタラ・バイオサイエンス・インク

## 分子生物学
## ウェットラボ







6

2006/2/12

# アンタラ・バイオサイエンス・インク

## 分子生物学
## ウェットラボ







2006/2/12









アンタラ・バイオサイエンス、ディベック

分子生物学
ウェットラボ

8

2006/2/12

# アンタラ・バイオサイエンス・インク

## チップ製造用 クリーンルーム









2006/2/12

# アンタラ・バイオサイエンス・インク

## チップ製造用クリーンルーム

Powered by 10







2006/2/12

# アンタラ・バイオサイエンス・インク

## チップ製造用 クリーンルーム

Powered by 11







2006/2/12

アンタラ・バイオサイエンス・インク

有機化学





Powered by 12



2006/2/12

技術

アンタラ社のインビトロ診断用プラットフォームは、東芝が開発した技術をベースに構築されています。

計器



DNAチップ





Powered by 13

2006/2/12

14

技術

# DNAの電気化学的検出法

## vs.

# 現在の方法

2006/2/12



# 技術

## 現在の方法は下記に依存

- 蛍光
- PCR増幅





2006/2/12

# 技術

## 現在の方法は下記に依存

- 蛍光
- PCR増幅

## 現在の標準

## QPCR (TaqMan)



Powered by 16

2006/2/12



## 技術

### 現在の方法は下記に依存

蛍光
**PCR増幅**

### 現在の標準

QPCR (TaqMan)

### 有力なオプション

Powered by 17

2006/2/12

# 技術

## 現在の方法は下記に依存

蛍光
**PCR増幅**

## 現在の標準

QPCR (TaqMan)

## 有力なオプション

- 無し

Powered by 18

2006/2/12

技術

標準のTaqMan QPCR:

(フラッシュクリップを表示)

Powered by 19

2006/2/12

Powered by 20

# DNAの電気化学的検出

## 技術




2006/2/12

技術

## DNAの電気化学的検出:

### - 蛍光ラベルは、必要なし

2006/2/12



技術

DNAの電気化学的検出:

- 蛍光ラベルは、必要なし

- PCR増幅は、必要なし

2006/2/12

Powered by 22

# 技術

DNAの電気化学的検出:

- 蛍光ラベルは、必要なし

- PCR増幅は、必要なし

- より高感度

2006/2/12

技術

DNAの電気化学的検出:

- 蛍光ラベルは、必要なし

- PCR増幅、必要なし

- より高感度

- PCRに取って代わる方法への需要

Powered by 24

2006/2/12



技術

DNAの電気化学的検出：

どのようにして、行われるのか？

Powered by 25

2006/2/12

# GENELYZER チップ

現在の設計:



Liquid flow channel

Electrodes with DNA probes

pad

Cassette top

Seal

Chip

Cassette bottom

Powered by 26



2006/2/12

# GENELYZER 方法





Powered by 27

# GENELYZER チップ

## 第2世代 CMOS:



Sensor with Amplifier

*Fewer connector pins are necessary.*

Pump, Temp. Controller

PC

D/A

A/D

Data Acquisition and Control System

Voltage Controller

Controller

Selector

DNA Chip

I/F

DNA Probes on Sensor Electrode

Standard CMOS Devices with Interconnection Layers

Schematic Cross-Section of the Chip

28



2006/2/12

# GENELYZER チップ

## 第2世代 CMOS:

- プロトタイプ段階

- 検出限界はピコリットル当たり
  10コピーという低さ

- 商業バージョンは2006年第4四半期



2006/2/12

Powered by 29

# パートナー

- 株式会社東芝
- 株式会社ユーラス / Eurus Genomics
- 株式会社ジェネシス・テクノロジーズ
- ハワイの臨床研究所

Powered by 30

2006/2/12

# ビジネスモデル

アンタラ社のビジネスモデルは主に3つの部分から構成されています。

- "オープン"プラットフォームの販売

- インビトロ診断の開発

- サービス

Powered by 31

2006/2/12



Antara Proposed Milestones (2006)

メルクマール

2006/2/12

Powered by 32

# 出口戦略

1. 資産の売却

2. 新規上場

Powered by 33

2006/2/12

# EXHIBIT B

# English Translation

Confidential, Subject to Confidentiality Agreement

Investment Opportunity



## Antara BioSciences Inc.
## &
## Antara Japan

---

At this time, we are pleased to be able to announce an investment opportunity to limited qualified investors in Japan. This investment opportunity has its own unique characteristics, but, at present, the markets in Japan and the U.S. are showing favorable conditions, and this opportunity has been planned to provide all of you investors with an advantageous investment opportunity. We are now offering an opportunity to participate in a venture business, gearing it to a limited group of investors only, as a step toward an initial public offering (IPO).

### Antara BioSciences Inc.

Antara BioSciences Inc. is a recently-founded U.S. company (registered in Delaware), specializing in *in vitro* diagnostics. Our company's technology is based on technology patented by Toshiba and we have been granted exclusive license by Toshiba. In the foundation of our company, Toshiba Corp., Eurus Genomics Inc., Genesis Technologies Inc., and a clinical research laboratory in Hawaii are participating as partners. A team of scientists and executives from science institutions that are recognized as top-tier institutions worldwide (for example California Institute of Technology, Stanford University, Harvard University, and MIT) and from leading bio technology companies (such as Roche, Affymetrix, Perlegen, Abott, Bayer, Becton Dickinson, Genentech, Takeda Pharmaceutical, and Takara Bio) has been assembled.

We are developing in the U.S. diagnostic market, making use of our proprietary electrochemical DNA patented technology and establishing a system to afford a high share of the highly profitable diagnostics market. In comparison to existing technology, this technology is highly sensitive and it is spurring progress in fields such as the detection and treatment of cancer, the detection and treatment of infectious diseases, and pharmacogenomics (treatment for illnesses on the basis of genetic constitution, which differs for each individual, also known as "tailor-made therapy").

The efficacy of the Toshiba technology that we have been licensed has already been proven by medical research facilities such as the Faculty of Pharmaceutical Sciences at Osaka University, the National Cancer Center (Tokyo), Kobe University School of Medicine (Kobe), Tokyo Women's Medical University (Tokyo), and the GeneCare Research Institute (Kanagawa Prefecture).

 

(Exclusively licensed equipment and chip)

The *in vitro* diagnostics (IVD) market is said to be very large and have a high rate of profit. At present, it is currently estimated as noted below.

 

In comparison with technology that can currently be employed (including that of Roche, ABI, Affymetrix, Shimadzu, Olympus, and Hitachi), the Antara technology differs in a number of ways including (i) wide applicability, (ii) no need for DNA amplification, and (iii) high sensitivity. These differences in Antara technology make it possible to detect illness and cancer at an early stage, and we hope within a short time to be able to have a market share and achieve high profitability.

On the basis of current market estimates (according to Wall Street), we would like to have an initial public offering (IPO) (US $700 million to US $1 billion) on the U.S. Nasdaq market within 24 months. We hope that all initial qualified investors will be able to secure large returns.

## Antara Japan

Antara Japan is to be founded in Tokyo as a joint stock company. This will be a very unique opportunity of a type that has not been seen in Japan to date.

The founders of Antara are leaders with a wealth of experience in achieving results in the areas of biotechnology, pharmacology, and patent law. Antara aims to identify important technology that has been developed in the U.S. and Europe in areas such as pharmacology (pipeline pharmaceuticals for cancer and other illnesses), biotechnology, diagnosis (new medical tests), and medical devices, and to acquire exclusive rights (including patents), and introduce that technology to the Japanese market. A new corporate group will be established in Japan by making use of technology that has been introduced to Japan, and we expect that those companies will carry out further development through collaboration with top-tier Japanese medical research institutions and companies and that this, before long, will lead to the introduction of important products in the Japanese market. In addition, if [we] are successful, we can certainly expect IPOs of each company on the Japanese stock market.

Antara Japan will be the first company in Japan established for the purpose of identifying important technology that has been developed abroad and introducing it to Japanese investors. Initial investors will own stock of the parent company (Antara Japan), or will own preferred options for stock of a company (either one or multiple firms) to be founded with the objective of making an IPO. Our strategy will be to acquire technology that has made advances abroad, found new companies in Japan, and achieve an IPO soon for our investors.

This opportunity under the current circumstances will be a special investment opportunity for investors. The average price-earnings ratios (PERs) at present for biotechnology companies in Japan are as noted below:

| Area | PER |
| --- | --- |
| Pharmaceuticals | 565.87 |
| Biotechnology | 59.38 |
| *In vitro* diagnostics | 226.06 |
| Medical devices | Between 100 and 200 |

Initial investors in this company will receive priority standing allowing them to (i) own shares and/or to (ii) purchase shares in companies that Antara Japan founds.

## Contact information

For details related to Antara BioSciences or Antara Japan, please contact us as noted below.

Antara BioSciences Inc.
5-year expenditure forecast

### Expenditure forecast

| Details | 1st year Expenses | 2nd year Expenses | 3rd year Expenses | 4th year Expenses | 5th year Expenses |
|---|---|---|---|---|---|
| Expenses relating to FDA approval | $ 15,000,000.00 | $ 20,000,000.00 | $ 30,000,000.00 | $ 30,000,000.00 | $ 25,000,000.00 |
| **Operational expenses** | | | | | |
| Infrastructure facility expenses | | | | | |
| Office (Renovation, furniture, establishment) — Equipment | $ 2,000,000.00 | | | | |
| Office | $ 1,500,000.00 | | | | |
| Factory | | $ 8,500,000.00 | $ 18,500,000.00 | | |
| Facility lease | $ 1,500,000.00 | $ 1,500,000.00 | $ 1,500,000.00 | $ 1,500,000.00 | $ 1,500,000.00 |
| Research & Development | $ 15,000,000.00 | $ 20,000,000.00 | $ 25,000,000.00 | $ 25,000,000.00 | $ 25,000,000.00 |
| Intellectual property | | | | | |
| Prosecution & opinions | $ 2,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 |
| Licensing | $ 2,000,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | $ 5,000,000.00 |
| Litigation reserves | | $ 5,000,000.00 | $ 10,000,000.00 | $ 10,000,000.00 | $ 10,000,000.00 |
| Sales & advertising | $ 2,000,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | $ 5,000,000.00 | $ 10,000,000.00 |
| Salaries | $ 7,500,000.00 | $ 9,000,000.00 | $ 10,000,000.00 | $ 11,000,000.00 | $ 15,000,000.00 |
| General management expenses | $ 2,000,000.00 | $ 2,000,000.00 | $ 4,000,000.00 | $ 4,000,000.00 | $ 4,000,000.00 |
| IT related expenses | $ 1,500,000.00 | $ 1,000,000.00 | $ 1,000,000.00 | $ 1,000,000.00 | $ 1,000,000.00 |
| Legal expenses | $ 2,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 | $ 2,000,000.00 |
| Expenses relating to Regulations | $ 1,000,000.00 | $ 1,000,000.00 | $ 1,000,000.00 | $ 1,000,000.00 | $ 1,000,000.00 |
| Consultant fees | $ 4,000,000.00 | $ 4,000,000.00 | $ 4,000,000.00 | $ 5,000,000.00 | $ 5,000,000.00 |
| **Subtotal** | $ 59,000,000.00 | $ 86,000,000.00 | $ 119,000,000.00 | $ 102,500,000.00 | $ 106,500,000.00 |
| Initial payment to Toshiba | JPY 1,000,000,000 | | | | |
| CLH payment for ASR | $ 5,000,000.00 | $ 15,000,000.00 | $ 20,000,000.00 | $ 25,000,000.00 | |
| **Total** | $ 74,000,000.00 | $ 101,000,000.00 | $ 139,000,000.00 | $ 127,500,000.00 | $ 106,500,000.00 |

### Earnings forecast

| Markers | 1st year | 2nd year | 3rd year | 4th year | 5th year |
|---|---|---|---|---|---|
| Infectious diseases / Avian flu detection | | | $ 30,000,000.00 | $ 60,000,000.00 | $ 150,000,000.00 |
| BSE detection | | | 50,000,000.00 | 100,000,000.00 | 250,000,000.00 |
| Terrorism countermeasures - Anthrax | | | 75,000,000.00 | 75,000,000.00 | 100,000,000.00 |
| **Total** | $ - | $ - | $ 155,000,000.00 | $ 235,000,000.00 | $ 500,000,000.00 |
| **Profit** | $ (74,000,000.00) | $ (101,000,000.00) | $ 16,000,000.00 | $ 107,500,000.00 | $ 393,500,000.00 |
| New funding | $ 75,000,000.00 | $ 100,000,000.00 | $ 15,000,000.00 | $ 107,500,000.00 | |
| Financial balance | $ 1,000,000.00 | $ (1,000,000.00) | $ 15,000,000.00 | $ 122,500,000.00 | $ 516,000,000.00 |

### Employees

| | 1st year | 2nd year | 3rd year | 4th year | 5th year |
|---|---|---|---|---|---|
| Management | 15 | 20 | 25 | 25 | 30 |
| Staff Assistants | 30 | 50 | 75 | 100 | 160 |

# Antara BioSciences Inc.

## Business Summary
### January 2006

Company Confidential – Subject to Non-disclosure Agreement

2/12/2006

## Objectives

1) Provide for the first time a predominant method for *in vitro* diagnosis to replace previous methods.

2) Meet the current technology and standards and further improve the level of sensitivity.

3) Quickly penetrate the market and secure a dominant share in the *in vitro* diagnostics market.

# Antara BioSciences Inc.

Cutting-edge Laboratory in
Mountain View, California



Powered By: 3

2/12/2006

*Antara BioSciences Inc.*

Cutting-edge Laboratory in
Mountain View, California



2/12/2006

*Antara BioSciences Inc.*

Molecular Biology
Wet Laboratory





2/12/2006

# Antara BioSciences Inc.

Molecular Biology
Wet Laboratory





6

2/12/2006

*Antara BioSciences Inc.*

Molecular Biology
Wet Laboratory





*Antara BioSciences Inc.*

Molecular Biology
Wet Laboratory





8

*Antara BioSciences Inc.*

Cleanroom for Chip fabrication





["

*Antara BioSciences Inc.*

Cleanroom for Chip fabrication





# Antara BioSciences Inc.

## Organic Chemistry





Powered by 12

# Technologies

The Antara *in vitro* Diagnostic platform is constructed using technology developed by Toshiba as its base.

Scale



DNA Chip



2/12/2006

*Technologies*

Electrochemical Detection of DNA

vs.

Current methods

# Technologies

Current methods rely on the following:

- Fluorescence

- PCR amplification

2/12/2006

# Technologies

## Current methods rely on the following:

- Fluorescence

- PCR amplification

## Current standard:

QPCR (TaqMan)

2/12/2006

# Technologies

## Current methods rely on the following:

- Fluorescence

- PCR amplification

## Current standard:

QPCR (TaqMan)

## Compelling options

2/12/2006

# Technologies

## Current methods rely on the following:

- Fluorescence

- PCR amplification

## Current standard:

QPCR (TaqMan)

## Compelling options

- None

2/12/2006

*Technologies*

The standard TaqMan QPCR

(Show flash clip)

*Technologies*

Electrochemical Detection of DNA

2/12/2006

# Technologies

Electrochemical Detection of DNA:

- Fluorescent labels are unnecessary

# Technologies

Electrochemical Detection of DNA:

- Fluorescent labels are unnecessary

- PCR amplification is unnecessary

2/12/2006

## Technologies

Electrochemical Detection of DNA:

- Fluorescent labels are unnecessary

- PCR amplification is unnecessary

- Higher sensitivity

## Technologies

Electrochemical Detection of DNA:

- Fluorescent labels are unnecessary

- PCR amplification is unnecessary

- Higher sensitivity

- Demand for method to replace PCR

2/12/2006

*Technologies*

Electrochemical Detection of DNA:

How is it performed?

2/12/2006

# GENELYZER *Chip*

Current design:



Liquid flow channel

Electrodes with DNA probes

pad

Cassette top

Seal

Chip

Cassette bottom

Forwarded by 26

*GENELYZER Method*



# GENELYZER Chip

## 2nd Generation CMOS:



# GENELYZER Chip

2nd Generation CMOS:

Prototype phase

Detection limit is as low as 10 copies per picoliter

Commercial version in 2006, 4th quarter

2/12/2006

# Partners

Toshiba Corporation

Eurus Ltd. / Eurus Genomics

Genesys Technologies, Inc.

Clinical Laboratories in Hawaii

# Business Model

Antara's business model is comprised of 3 principal pillars:

Sale of an "open" platform

Development of *in vitro* diagnostics

Service

2/12/2006

Merkmal



Antara Proposed Milestones (2006)

# Exit Strategies

1. Sale of assets

2. IPO

# Exit Strategies

1. Sale of assets

Estimate according to a Wall Street analyst:

# Exit Strategies

1. Sale of assets

Estimate according to a Wall Street analyst:

**_Estimated valuation = $350 – 500 mil_**

# *Exit Strategies*

2. IPO (12 – 18 months)

Estimate according to a Wall Street analyst:

2/12/2006

# *Exit Strategies*

2. IPO (12 – 18 months)

Estimate according to a Wall Street analyst:

***Estimated valuation =***

***$750 million - $1 billion***

2/12/2006

# Antara Japan

Antara Japan was founded to provide new technologies and investment opportunities to the Japanese market.

# Antara Japan

Antara Japan was founded to provide new technologies and investment opportunities to the Japanese market.

Target areas:

# Antara Japan

Antara Japan was founded to provide new technologies and investment opportunities to the Japanese market.

Target areas:

Pharmaceutical products

# Antara Japan

Antara Japan was founded to provide new technologies and investment opportunities to the Japanese market.

Target areas:

Pharmaceutical products

Biotechnology

# Antara Japan

Antara Japan was founded to provide new technologies and investment opportunities to the Japanese market.

Target areas:

Pharmaceutical products

Biotechnology

Diagnostics

Antara BioSciences Inc.

Conclusions

2/12/2006