1    SQUIRE, SANDERS & DEMPSEY L.L.P.
     Nathan Lane III (State Bar # 50961)
2    Joseph A. Meckes (State Bar # 190279)
     One Maritime Plaza, Suite 300
3    San Francisco, CA  94111-3492
     Telephone:    +1.415.954.0200
4    Facsimile:    +1.415.393.9887
     E-mail:        nlane@ssd.com
5    Email:         jmeckes@ssd.com

6
     Attorneys for Plaintiff
7    IZUMI OHKUBO

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        (SAN JOSE DIVISION)
11

12   IZUMI OHKUBO,                      | **Case No.  C07-06354 PVT**
13              Plaintiff,              | **E-FILING**
14        vs.                          | **DECLINATION TO PROCEED BEFORE A**
15   ANTARA BIOSCIENCES, INC.,         | **MAGISTRATE JUDGE**
16   MARC R. LABGOLD and DANA          |           **-- AND --**
     ICHINOTSUBO,
17                                     | **REQUEST FOR REASSIGNMENT TO A**
18              Defendants.            | **UNITED STATES DISTRICT JUDGE**

19   REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

20        The undersigned party, through counsel, hereby declines to consent to the assignment of

21   this case to a United States Magistrate Judge for trial and disposition and hereby requests the

22   reassignment of this case to a United States District Judge.

23
                                     Respectfully submitted,
24
     DATED:   December 21, 2007       SQUIRE, SANDERS & DEMPSEY, L.L.P.
25

26                                   By_____/s/_____
                                           Joseph A. Meckes
27
                                     Attorneys for Plaintiff
28                                   IZUMI OHKUBO.

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE – CASE NO. C07-06354 PVT