**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
―――――――――
www.cand.uscourts.gov

Richard W. Wieking                                                        General Court Number
Clerk                                                                             408.535.5364

**December 26, 2007**

**CASE NUMBER:  CV 07-06354 PVT**
**CASE TITLE:  IZUMI OHKUBO-v-ANTARA BIOSCIENCES, INC., ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case assigned to

the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 12/21/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 12/26/07 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA