UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ADR**

Izumi Ohkubo

SUMMONS IN A CIVIL CASE

v.   **E-FILING**   CASE NUMBER:

Antara Biosciences, Inc., Marc R. Labgold **C07 06354 PVT**
and Dana Ichinotsubo

TO: (Name and address of defendant)

Antara Biosciences, Inc., c/o George Jokhadze, 3 Comstock Queen Ct., Mountain View, CA 94043;
Marc Labgold, c/o Patton Boggs, LLP, 8484 Westpark Dr., 9th Flr., McLean VA 22102;
Dana Ichinotsubo, c/o Eurus Genomics, Inc., 500 Ala Moana Boulevard, Suite 3-403, Honolulu, HI 96813

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nathan Lane III, Esq.
Joseph A. Meckes, Esq.
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
(415) 954-0200

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  DEC 1 4 2007

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:


☐ Other (specify):



### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____      _____
                    Date                                  Signature of Server

                                           _____
                                           Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.