1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Nathan Lane III (State Bar # 50961)
2  Joseph A. Meckes (State Bar # 190279)
   One Maritime Plaza, Suite 300
3  San Francisco, California 94111-3492
   Telephone: (415) 954-0200
4  Facsimile: (415) 393-9887
   Email: nlane@ssd.com
5         jmeckes@ssd.com

6  Attorneys for Plaintiff
   IZUMI OHKUBO
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 IZUMI OHKUBO,                    | Case No.: C07 06354 JW
12         Plaintiff,               | **STIPULATION EXTENDING TIME
                                    | TO RESPOND TO INITIAL
13     v.                           | COMPLAINT**
14 ANTARA BIOSCIENCES, INC.         | Honorable James Ware
   MARC R. LABGOLD AND DANA         | Courtoom 8
15 ICHINOTSUBO,
16         Defendants.
                                    | Complaint Filed:  December 14, 2007
17

18

(line numbers 19–28 blank)

---
1117461.1    STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT

1  IT IS HEREBY STIPULATED AND AGREED PURSUANT TO CIVIL LOCAL RULE 6-1(a), by and through respective counsel for plaintiff Izumi Ohkubo ("Plaintiff") and defendants Antara Biosciences, Inc., Marc R. Labgold and Dana Ichinotsubo ("Defendants"), that Defendants' deadline for answering or otherwise responding to Plaintiff's complaint (by answer, motion to dismiss or otherwise) shall be extended by fifteen (15) days, through and including February 19, 2008. This change will not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: February 4, 2008

KURT OSENBAUGH
**WESTON, BENSHOOF, ROCHEFORT, RUBALCAVA & MacCUISH LLP**

/s/
Kurt Osenbaugh

Attorneys for Defendants
ANTARA BIOSCIENCES, INC., MARC R. LABGOLD and DANA ICHINOTSUBO

DATED: February 4, 2008

NATHAN LANE III
JOSEPH A. MECKES
**SQUIRE, SANDERS & DEMPSEY L.L.P.**

/s/
Nathan Lane III

Attorneys for Plaintiff
IZUMI OHKUBO

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest that concurrence in the filing of this document has been obtained from its signatory.

DATED: February 4, 2008

/s/
Nathan Lane III

## CERTIFICATE OF SERVICE

*Ohkubo v. Antara Biosciences, Inc., et al.*
United States District Court, Northern District of California
Case No. C07 06354 JW

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On February 4, 2008, I served the document described as **STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT** on interested parties in this action:

| Michael J. Hartley, Esq.<br>Kurt Osenbaugh<br>Weston, Benshoof, Rochefort,<br>    Rubalcava & MacCuish LLP<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>Telephone:   1.213.576.1000<br>Facsimile:    1.213.576-1100 | **Attorneys for Defendants<br>ANTARA BIOSCIENCES,<br>INC., MARC R. LABGOLD and<br>DANA ICHINOTSUBO** |

[x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth above.

Executed on February 4, 2008, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/
Sarah Lansang David