SQUIRE, SANDERS & DEMPSEY L.L.P.
Nathan Lane III (State Bar # 50961)
Joseph A. Meckes (State Bar # 190279)
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
Email: nlane@ssd.com
       jmeckes@ssd.com

Attorneys for Plaintiff
IZUMI OHKUBO

*GRANTED — Judge James Ware — 2/7/2008*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZUMI OHKUBO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTARA BIOSCIENCES, INC. MARC R. LABGOLD AND DANA ICHINOTSUBO,<br><br>　　　　Defendants. | Case No.: C07 06354 JW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Honorable James Ware<br>Courtroom 8<br><br>Complaint Filed: December 14, 2007 |

STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT

1117461.1

1  IT IS HEREBY STIPULATED AND AGREED PURSUANT TO CIVIL
2  LOCAL RULE 6-1(a), by and through respective counsel for plaintiff Izumi
3  Ohkubo ("Plaintiff") and defendants Antara Biosciences, Inc., Marc R. Labgold and
4  Dana Ichinotsubo ("Defendants"), that Defendants' deadline for answering or
5  otherwise responding to Plaintiff's complaint (by answer, motion to dismiss or
6  otherwise) shall be extended by fifteen (15) days, through and including February
7  19, 2008. This change will not alter the date of any event or any deadline already
8  fixed by Court order.
9  IT IS SO STIPULATED.

10
11  DATED: February 4, 2008            KURT OSENBAUGH
                                       **WESTON, BENSHOOF, ROCHEFORT,**
12                                     **RUBALCAVA & MacCUISH LLP**
13

14                                              /s/
                                       _____
                                       Kurt Osenbaugh
15
                                       Attorneys for Defendants
16                                     ANTARA BIOSCIENCES, INC., MARC R.
                                       LABGOLD and DANA ICHINOTSUBO
17

18  DATED: February 4, 2008            NATHAN LANE III
                                       JOSEPH A. MECKES
19                                     **SQUIRE, SANDERS & DEMPSEY L.L.P.**

20
21                                              /s/
                                       _____
                                       Nathan Lane III
22
                                       Attorneys for Plaintiff
23                                     IZUMI OHKUBO

24      Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest that
25  concurrence in the filing of this document has been obtained from its signatory.

26  DATED: February 4, 2008

27                                              /s/
                                       _____
                                       Nathan Lane III
28

---

15449.1                STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT

# CERTIFICATE OF SERVICE

*Ohkubo v. Antara Biosciences, Inc., et al.*
United States District Court, Northern District of California
Case No. C07 06354 JW

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On February 4, 2008, I served the document described as **STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT** on interested parties in this action:

| | |
|---|---|
| Michael J. Hartley, Esq.<br>Kurt Osenbaugh<br>Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>Telephone: 1.213.576.1000<br>Facsimile: 1.213.576-1100 | **Attorneys for Defendants ANTARA BIOSCIENCES, INC., MARC R. LABGOLD and DANA ICHINOTSUBO** |

[x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth above.

Executed on February 4, 2008, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/
Sarah Lansang David