1  KURT OSENBAUGH (State Bar No. 106132)
   **WESTON, BENSHOOF, ROCHEFORT,**
2      **RUBALCAVA & MacCUISH LLP**
   333 South Hope Street
3  Sixteenth Floor
   Los Angeles, California  90071
4  Telephone:  (213) 576-1000
   Facsimile:  (213) 576-1100
5  Email:  kosenbaugh@wbcounsel.com

6

7  Attorneys for Defendants
   ANTARA BIOSCIENCES, INC.,
8  MARC R. LABGOLD and DANA ICHINOTSUBO

9

10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13

14  IZUMI OHKUBO,                          | Case No.: C07 06354 JW

15            Plaintiff,                   | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

16       v.                               | Date: April 7, 2008
                                          | Time: 9:00 a.m.
17  ANTARA BIOSCIENCES, INC.
   MARC R. LABGOLD AND DANA               |      Honorable James Ware
18  ICHINOTSUBO,                           |      Courtoom 8

19            Defendants.                 | [Notice of Motion and Motion to Dismiss
                                          | Complaint, [Proposed] Order,
20                                        | Declaration of Marc R. Labgold, Ph.D.
                                          | and Declaration of Dana Ichinotsubo,
21                                        | filed concurrently herewith]

22                                        | Complaint Filed:   December 14, 2007

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1122169.1

1    The undersigned counsel of record for ANTARA BIOSCIENCES, INC.,

2  MARC R. LABGOLD and DANA ICHINOTSUBO certifies that pursuant to Civil

3  L.R. 3-16, the undersigned certifies that as of this date, other than the named parties,

4  there is no such interest to report.

5

6

7  DATED:  February 19, 2008    KURT OSENBAUGH
                                 **WESTON, BENSHOOF, ROCHEFORT,**
8                                **RUBALCAVA & MacCUISH LLP**

9

10                                              /s/
                                           _____
                                           Kurt Osenbaugh
11                                         Attorneys for Defendants
                                           ANTARA BIOSCIENCES, INC., MARC R.
12                                         LABGOLD and DANA ICHINOTSUBO

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
1122169.1

**PROOF OF SERVICE**

I, Melinda Montero, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On February 19, 2008, I served the document(s) described as **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

☑ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ BY FEDERAL EXPRESS    ☐ UPS NEXT DAY AIR    ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS    ☐ UPS    ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of    ☐ FEDERAL EXPRESS    ☐ UPS    ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐ BY ELECTRONIC MAIL TRANSMISSION WITH ATTACHMENT: On this date, I transmitted the above-mentioned document by electronic mail transmission with attachment to the parties at the electronic mail transmission address set forth on the attached service list.

☑ BY ELECTRONIC MAIL: I transmitted the documents listed above, electronically, via the U.S.D.C. CM/ECF website as indicated on the attached service list.

☐ [Federal]    I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 19 , 2008, at Los Angeles, California.

_____
Melinda Montero

1122169.1

1

**Izumi Ohkubo v. Antara Biosciences, Inc., et al.**
**United States District Court Northern District, San Jose Division**
**Case No. C07 06354 JW**

2

3

4

**SERVICE LIST**

5

6

7     Nathan Lane III, Esq.                               Attorneys for Plaintiff
      Joseph A. Meekes, Esq.                              IZUMI OHKUBO
8     SQUIRE, SANDERS & DEMPSEY L.L.P.
      One Maritime Plaza, Suite 300
9     San Francisco, CA  94111-3492
      Telephone:  (415) 954-0200
10    Facsimile:  (415) 393-9887
      Email:        NLane@ssd.com
11                  JMeekes@ssd.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1122169.1