MICHAEL J. HARTLEY (State Bar No. 189375)
**WESTON, BENSHOOF, ROCHEFORT,**
  **RUBALCAVA & MacCUISH LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: mhartley@wbcounsel.com

Attorneys for Defendants
ANTARA BIOSCIENCES, INC.,
MARC R. LABGOLD and DANA ICHINOTSUBO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZUMI OHKUBO,<br><br>          Plaintiff,<br><br>     v.<br><br>ANTARA BIOSCIENCES, INC.<br>MARC R. LABGOLD AND DANA ICHINOTSUBO,<br><br>          Defendants. | Case No.: C07 06354 JW<br><br>**DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL (COUNSEL FROM SAME FIRM)**<br><br>Honorable James Ware<br>Courtoom 8<br><br>Complaint Filed:   December 14, 2007 |

DEFENDANTS' NOTICE OF CHANGE IN COUNSEL

1137973.1

1    TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that Defendants Antara Biosciences, Inc., Marc R. Labgold and Dana Ichinotsubo ("Defendants") have substituted Michael J. Hartley of the Weston Benshoof firm as counsel of record for Defendants, replacing prior counsel Kurt Osenbaugh of the same firm. Defendants request that the parties update their service lists so that further service and communications in the case be directed to Mr. Hartley.

DATED: March 10, 2008     MICHAEL J. HARTLEY
**WESTON, BENSHOOF, ROCHEFORT, RUBALCAVA & MacCUISH LLP**

/s/
_____
Michael J. Hartley
Attorneys for Defendants
ANTARA BIOSCIENCES, INC., MARC R. LABGOLD and DANA ICHINOTSUBO

---

1137973.1     1     DEFENDANTS' NOTICE OF CHANGE IN COUNSEL

# PROOF OF SERVICE

I, Melinda Montero, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On March 10, 2008, I served the document(s) described as **DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL (COUNSEL FROM SAME FIRM)** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

☐ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ BY FEDERAL EXPRESS   ☐ UPS NEXT DAY AIR   ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS  ☐ UPS  ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of  ☐ FEDERAL EXPRESS  ☐ UPS  ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐ BY ELECTRONIC MAIL TRANSMISSION WITH ATTACHMENT: On this date, I transmitted the above-mentioned document by electronic mail transmission with attachment to the parties at the electronic mail transmission address set forth on the attached service list.

☒ BY ELECTRONIC MAIL: I transmitted the documents listed above, electronically, via the U.S.D.C. CM/ECF website as indicated on the attached service list.

☐ [Federal]   I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2008, at Los Angeles, California.

/s/
_____
Melinda Montero

1137973.1

Izumi Ohkubo v. Antara Biosciences, Inc., et al.
United States District Court Northern District, San Jose Division
Case No. C07 06354 JW

## SERVICE LIST

Nathan Lane III, Esq.  
Joseph A. Meekes, Esq.  
SQUIRE, SANDERS & DEMPSEY L.L.P.  
One Maritime Plaza, Suite 300  
San Francisco, CA 94111-3492  
Telephone: (415) 954-0200  
Facsimile: (415) 393-9887  
Email:    NLane@ssd.com  
          JMeekes@ssd.com

Attorneys for Plaintiff  
IZUMI OHKUBO

1137973.1