**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZUMI OHKUBO, | No. C 07-06354 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |
| ANTARA BIOSCIENCES, INC., ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for April 7, 2008 at 10:00 AM has been reset to **April 14, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management statement by April 4, 2008. The Motion to Dismiss remains on calendar previously continued to **April 14, 2008 at 9:00 AM.**

Dated: March 20, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy