1  Squire, Sanders & Dempsey L.L.P.
   Nathan Lane III (State Bar # 50961)
2  Joseph A. Meckes (State Bar # 190279)
   One Maritime Plaza, Suite 300
3  San Francisco, California 94111-3492
   Telephone:  +1.415.954.0200
4  Facsimile:  +1.415.393.9887
   Email:      NLane@ssd.com
5              JMeckes@ssd.com

6  Attorneys for Plaintiff
   IZUMI OHKUBO
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11 | IZUMI OHKUBO,                | Case No. C07 06354 JW
12 |          Plaintiff,          | **DECLARATION OF IZUMI OHKUBO IN OPPOSITION TO MOTION TO DISMISS**
13 |    vs.                       |
14 | ANTARA BIOSCIENCES, INC.,    | Date: April 14, 2008
   | MARC R. LABGOLD and DANA     | Time: 9:00 a.m.
15 | ICHINOTSUBO,                 |
   |                              | Hon. James Ware
16 |          Defendants.         |

DECLARATION OF IZUMI OHKUBO
CASE NO. 07-6354 JW

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

I, Izumi Ohkubo, declare as follows:

1. I am an individual residing in Tokyo, Japan and the plaintiff in this lawsuit. The matters set forth below are within my personal knowledge, and if called upon as a witness, I could and would testify competently thereto.

2. As plaintiff in this Action I am willing and agree to cooperate fully in discovery, including traveling to the United States to give a deposition if requested by the Defendants to do so. I will also be prepared to give testimony at any trial if necessary.

3. To the extent that any employees of my company, including Mr. Wataru Kominami, are requested to give testimony in this case, I will assure that they are available to come to the United States to do so.

4. I did not draft the Investment Contract, which is attached to the Complaint as Exhibit C. I am informed and believe that the Investment Contract was drafted by a representative of Antara.

5. When I signed the Investment Contract, it had not already been signed by Antara.

6. In my dealings with Toshiaki Suzuki, I always understood him to be acting on behalf of the Defendants, including Antara, Mr. Ichinotsubo and Dr. Labgold.

7. Before dealing with Defendants, I had never invested funds in a start up enterprise and did not fully understand the process. I trusted Defendants to deal fairly and honestly with me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 19, 2008 at Tokyo, Japan.

_____
Izumi Ohkubo

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

-2-

DECLARATION OF IZUMI OHKUBO
CASE NO. 07-6354 JW