1  Squire, Sanders & Dempsey L.L.P.
   Nathan Lane III (State Bar # 50961)
2  Joseph A. Meckes (State Bar # 190279)
   One Maritime Plaza, Suite 300
3  San Francisco, California 94111-3492
   Telephone: +1.415.954.0200
4  Facsimile: +1.415.393.9887
   Email: NLane@ssd.com
5         JMeckes@ssd.com

6  Attorneys for Plaintiff
   IZUMI OHKUBO
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11  IZUMI OHKUBO,                 Case No. C07 06354 JW

12              Plaintiff,        DECLARATION OF TOSHIAKI SUZUKI

13        vs.

14  ANTARA BIOSCIENCES, INC.,
    MARC R. LABGOLD and DANA
15  ICHINOTSUBO,

16              Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

Squire, Sanders &
Dempsey, L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

DECLARATION OF TOSHIAKI SUZUKI
Case No. C07 06354 JW

I, TOSHIAKI SUZUKI declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and could competently testify to these facts if required to do so.

2. I understand that Mr. Ohkubo has filed a lawsuit in the United States District Court for the Northern District of California against Antara, Dana Ichinotsubo and Marc R. Labgold. If requested by Antara, or Messrs. Ichinotsubo of Labgold, I would be willing to come to the United States consular offices in Japan to give testimony in this case and to provide any relevant information in my possession to the Court and the parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 21, 2008, in Tokyo, Japan

*Toshiaki Suzuki*
Toshiaki Suzuki

SQUIRE, SANDERS &
DEMPSEY L.L.P.

Case No. C07 06354 JW

-2-
DECLARATION OF TOSHIAKI SUZUKI