1  Squire, Sanders & Dempsey L.L.P.
   Nathan Lane III (State Bar # 50961)
2  Joseph A. Meckes (State Bar # 190279)
   One Maritime Plaza, Suite 300
3  San Francisco, California  94111-3492
   Telephone:  +1.415.954.0200
4  Facsimile:  +1.415.393.9887
   Email:      NLane@ssd.com
5              JMeckes@ssd.com

6  Attorneys for Plaintiff
   IZUMI OHKUBO
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN JOSE DIVISION

11 | IZUMI OHKUBO,                    | Case No. C07 06354 JW
12 |         Plaintiff,               | **DECLARATION OF SHIRLEY HERINGER**
13 |     vs.                          |
14 | ANTARA BIOSCIENCES, INC.,        |
   | MARC R. LABGOLD and DANA         |
15 | ICHINOTSUBO,                     |
16 |         Defendants.              |

17

18     I, Shirley Heringer, declare as follows:

19     1.   I am a senior paralegal employed by the law firm of Squire, Sanders & Dempsey
20 L.L.P., which is counsel of record for plaintiff Izumi Ohkubo this Action.  The matters set forth
21 below are within my personal knowledge, and if called upon as a witness, I could and would
22 testify competently thereto.
23     2.   On March 20, 2008, I visited several addresses in Mountain View and Palo Alto,
24 California, which I understand were addresses used by defendant Antara Biosciences, Inc.
25 ("Antara") in public filings, contracts and correspondence.
26     3.   One of the addresses I visited was 1288 Pear Avenue, Mountain View, California
27 94043, which was stated as the address of Antara in the February 28, 2006 Investment Contract.
28 This address was occupied by Microsoft Corporation.  I asked at the reception desk if this was the

1  location of Antara or if there was a forwarding address. The receptionist informed me that she
2  believed Antara had gone out of business a long time ago and that she had no forwarding address.
3  The receptionist told me that Microsoft had occupied that space for approximately two months.

4. I also visited 2375 Garcia Ave., Mountain View, California 94043, which is shown as the address in various correspondence from Antara's former general counsel and is pictured on page 42 of Exhibit A to plaintiff's Complaint. This address was now part of the Mountain View campus of Google. I asked at the reception area whether anyone knew of Antara, but they did not. I was informed that Google had been in that space for about six months.

5. I also visited 1450 College Ave., Palo Alto, California 94306, which is shown as the mailing address for Antara in information obtained through the "Business Portal" on the California Secretary of State website. This address was plainly a single family residence, and no one appeared to be home although it was during the business day.

6. I also visited 3 Comstock Queen Court, Mountain View, California 94303, which is shown as the Registered Office for Antara in information obtained through the "Business Portal" on the California Secretary of State website. This address was also plainly a single family residence, and appeared to be occupied at the time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 21, 2008 at San Francisco, California.

_____/s/_____
Shirley Heringer

Attestation of Conformed Signature

I hereby attest that my firm Squire, Sanders and Dempsey L.L.P. has on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

_____/s/_____
Joseph A. Meckes