Squire, Sanders & Dempsey L.L.P.
Nathan Lane III (State Bar # 50961)
Joseph A. Meckes (State Bar # 190279)
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email:    NLane@ssd.com
          JMeckes@ssd.com

Attorneys for Plaintiff
IZUMI OHKUBO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IZUMI OHKUBO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANTARA BIOSCIENCES, INC.,<br>MARC R. LABGOLD and DANA<br>ICHINOTSUBO,<br><br>　　　　Defendants. | Case No. C07 06354 JW<br><br>**DECLARATION OF JOSEPH A. MECKES** |

I, Joseph A. Meckes, declare as follows:

1.　　I am an attorney at law licensed to practice before all state and federal courts located in the State of California, and before various other federal appeals courts and federal district courts, and I am a partner in the law firm of Squire, Sanders & Dempsey L.L.P. I represent plaintiff Izumi Ohkubo this action. The matters set forth below are within my personal knowledge, and if called upon as a witness, I could and would testify competently thereto.

2.　　Attached hereto as Exhibit A is a true and correct copy of a letter from Sarah Brashears and two of the attachments purporting to show the directors, officers and "key employees" of defendant Antara.

3.　　As part of our investigation in this matter, I commissioned background research regarding the directors, officers and key employees of Antara listed in the attachments to Exhibit

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

DECLARATION OF JOSEPH A. MECKES
Case No. C07 06354 JW

A.  The document attached to Plaintiffs' Memorandum in Opposition to Motion to Dismiss Complaint shows the places of residence of these individuals as determined through our investigation.

4. All of the addresses used by Antara that we have discovered in our investigation are reflected in the Declaration of Shirley Heringer filed herewith.  On March 20, 2008, I asked counsel for Antara Michael Hartley if Antara still had any offices or employees.  Mr. Hartley said that he was not authorized to provide that information.

5. Attached hereto as Exhibit B is a true and correct printout from the Hawaii Secretary of State's website showing that Akolea LLC is a Hawaii limited liability company with a mailing address in Ewa Beach, Hawaii.

6. Attached hereto as Exhibit C is a true and correct printout from the website of Clinical Laboratories of Hawaii indicating that the president and chief executive officer of that company is M.S. Park.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 24, 2008 at San Francisco, California.

_____/s/_____
Joseph A. Meckes