**Antara BioSciences Inc.**

**Sarah J. Brashears Esq.**
Direct:    650.219.2899
Email:    sbrashears@antara-bio.com

*Via Federal Express*

September 19, 2006

Gary M. Smith, Esq.
O'Melveny & Myers LLP
Gaikokohu Kyodojigyo Horitsujimusho
Meiji Yasuda Seimei Bldg., Eleventh Floor
1-1,Marunouchi 2-chome, Chiyoda-ku
Tokyo 100-0005, Japan

Dear Mr. Smith:

Enclosed please find a final grouping of the Antara corporate documents your client, Mr. Ohkubo-san, has requested. This information, which is not otherwise publicly available, is to be maintained as strictly confidential subject to the confidentiality terms of the Investor Agreement and cannot be disclosed to any other party. These documents include:

3(a)    Any agreements concerning the purchase, lease, or sublease of real property.
3(d)    A copy of Antara's standard employment agreement.
5(a)    A list of the present officers and key employees.
5(b)    A list of the present directors.
5(c)    Employment agreements (see 3(d)) and consulting agreements.

Antara does not have documents responsive to the following list:

1(c)    A list of subsidiaries of and minority investments made by the Company.
1(d)    Updates to the February 15, 2006 business plan or any new business plan prepared after February 15, 2006.
2(d)    The current schedule and status regarding the Company's IPO.
3(b)    Any documents evidencing indebtedness for money borrowed, guaranties, equipment leases or any similar liabilities incurred by the Company.
3(c)    Any documents evidencing any loans or advances made by the Company.

Gary M. Smith
September 19, 2006
Page 2

    3(d)    Any agreements, understandings or proposed transactions between the Company and any of its officers, directors, employees or affiliates, including, without limitation, employment agreements (none other than provided for 3(b)).

    3(e)    Partnership, joint venture, association, research and development, and technical cooperation agreements.

    3(f)    Other material agreements.

    4(b)    Other licenses or agreements of any kind with respect to the Company's or others' patent, copyright, trade secret or other proprietary rights, proprietary information technology.

    4(c)    A report based on the review and assessment of the Company's patent portfolio performed by Patton Boggs.

    4(d)    Any correspondence or documents relating to any pending or threatened action, suit or proceeding or investigation, including, without limitation, those involving the Company's employees in connection with their prior or present employment or use of technology.

    4(e)    Any correspondence or documents relating to allegations of the Company's infringement of the proprietary rights of others.

    5(c)    Indemnification, founder, management and severance agreements.

    5(d)    A description of all equity option, equity purchase, equity appreciation, bonus, deferred compensation, profit sharing, and other incentive plans.

    6(a)    All audited and unaudited financial statements of the Company since the Company's inception.

    6(b)    Management letters from auditors concerning internal accounting controls in connection with all audits since the Company's inception.

    6(c)    All letters which have been sent to the Company in connection with all audits since the Company's inception.

Note that as a U.S. private company, documents corresponding to 6(a), 6(b) and 6(c) will not be generated until after the first annual audit.

As for the following documents, Antara will not provide these documents, as doing so would either violate the guarantee of privacy under the California Constitution and/or other employment laws, or would violate confidentiality agreements we have in place with third parties:

    2(a)    A list of the Company's stockholders and option holders and a table reflecting the current capital structure and ownership of the Company, including convertible debt.

    2(b)    Copies of agreements relating to outstanding options, warrants, rights (including conversion or preemptive rights) or agreements for the purchase or acquisition of any of the Company's securities, including those relating to convertible debt, and agreements relating to the Company's past stock issuances.

    2(c)    Any documents evidencing registration rights for the Company's securities, or evidencing any agreements among the Company's stockholders or between the Company and its stockholders.

    4(a)    All license agreements with Toshiba and Eurus.

Gary M. Smith
September 19, 2006
Page 3


    5(e)    Organizational chart of the Company.


Should you have any questions, feel free to contact me by email, regular mail, or telephone (650.564.9850 x1105).

Sincerely,

Sarah J. Brashears, Esq.
Executive Vice President, Legal Affairs


SJB:ljr
Enclosures

<u>Antara BioSciences Inc.</u>
<u>Directors</u>

Dana Ichinotsubo
Marc R. Labgold, Ph.D.
Sarah J. Brashears, Esq.

Antara BioSciences Inc.
Officers and Key Employees

Marc R. Labgold, Ph.D.           Chief Executive Officer
Dana Ichinotsubo                 President and Chairman of the Board
Sarah J. (Sally) Brashears, Esq. Executive Vice President IP & Legal Affairs
George G. (Gia) Jokhadze, Ph.D.  Chief Operating Officer
Mark O. Trulson, Ph.D.           Vice President Surface Chemistry & Engineering
Joelle Wada                      Corporate Controller


LaVonne Young                    Executive Director of Operations
Kilian Dill, Ph.D.               Senior Director Corporate Development
Chandu Ammini, M.B.A., Ph.D.     Director of Business Development
Robert Gordon                    Director of Information Technology
Peter Lobban, Ph.D.              Senior Systems Engineer
Mark T. Kozlowski, Ph.D.         Director of Array Applications
Bradley Scherer, Ph.D.           Director of Array Technologies
Sei Yee                          Director of Development and Engineering