

You are here: BREG Online Services

 Login

Home - BREG

BREG Online Services

   Annual Business Filing

   Search for a Business Name

   Purchase Documents Online NEW

   Purchase Certificate of Good Standing

   Authenticate a Certificate of Good Standing

   Register a Business

   Entity List Builder

Contact BREG

Technical Support

Feedback

Account Login [?]

Create an Account



## Business Information

**Purchase a Certificate of Good Standing for this business:**

| Electronic COGS | $7.50 |
|---|---|

Print unlimited copies using your computer.

| Printed COGS | $7.50 each |
|---|---|

Mailed to you or available for pickup.

### General Information

| | |
|---|---|
| **Master Name** | AKOLEA LLC |
| **Business Type** | Domestic Limited Liability Company (LLC) |
| **File Number** | 31547 C5 |
| **Status** | Active |
| **Purpose** | INVESTMENTS |
| **Place Incorporated** | Hawaii UNITED STATES |
| **Registration Date** | Jul 23, 2004 |
| **Expiration Date** | Dec 31, 2054 |
| **Mailing Address** | 91-2135 FT WEAVER RD STE 300 EWA BEACH Hawaii 96706 United States of America |
| **Managed By** | MANAGER(S) |
| **Agent Name** | MOON S. PARK |
| **Agent Address** | 91-2135 FT WEAVER RD STE 300 EWA BEACH Hawaii 96706 United States of America |

### Annual Filings

| Filing Year | Status |
|---|---|
| 2007 | Processed |
| 2006 | Processed |
| 2005 | Processed |

### Officers

| Name | Office | Date |
|---|---|---|
| PARK, MOON S. | MGR | Jul 1, 2005 |
| PARK, ALYSSA J | MGR | Jul 1, 2007 |

**NEW SERVICE**

*Purchase Documents Online*

Purchase filings for trade mark, trade name and service marks online now. Click here to begin!

| | | |
|---|---|---|
| PARK,MARILYN | MGR | Jul 1, 2007 |
| PARK,DAVID | MGR | Jul 1, 2007 |

| Transactions | | |
|---|---|---|
| **Date** | **Code** | **Remarks** |
| Jul 23, 2004 | Articles of Organization | Articles of Organization |

Contact Us | Subscription Services | Terms of Use | Privacy Policy | ADA Compliance | Comments | eHawaii.gov Home    Powered by ehawaii.gov
Copyright © 2008 Hawai`i Information Consortium, LLC. All rights reserved.