



## Company History

Dr. M.S. Park, president and chief executive officer, moved to Hawaii after completing his pathology training at the Mayo Clinic in 1971. Seeing that Hawaii's medical community was not receiving the same quality of testing services available throughout the U.S. mainland, Dr. Park set out to establish a company that would make high-quality, technically-advanced services available everywhere in the Islands - no matter how remote.

- Company History
- Services
- Professional Staff and Associates
- Our Partners

**Reaching All Communities**

From the beginning, CLH has maintained its vision to serve the unique needs of our clients:

- **1971** - Clinical Laboratories of Hawaii begins with a small outpatient facility offering pathology services to a few of the Big Island's hospitals.
- **1988** - We expand our services to Maui. Today, we serve all hospitals on both the Big Island and Maui.
- **1991** - We open our first facility in Honolulu and established a central reference laboratory to provide esoteric services for the state.
- **1999** - CLH expands its services to the island of Kauai.

**Growing Partnerships**

In 1995, Clinical Laboratories of Hawaii, LLP entered into agreements with the Kapiolani Healthcare System and the Hawaii Medical Center (Prior to 01/14/07: St. Francis Healthcare System) to provide laboratory services for their medical centers and affiliated programs.

Today, Clinical Laboratories of Hawaii, LLP is the state's leading diagnostic laboratory provider, servicing 14 out of the 24 civilian acute care hospitals in Hawaii and operating over 55 outpatient service centers throughout the state.

*Copyright 2001 © All rights reserved*
*Privacy Statement*