1   Squire, Sanders & Dempsey L.L.P.
    Nathan Lane III (State Bar # 50961)
2   Joseph A. Meckes (State Bar # 190279)
    One Maritime Plaza, Suite 300
3   San Francisco, California  94111-3492
    Telephone:  +1.415.954.0200
4   Facsimile:  +1.415.393.9887
    Email:      NLane@ssd.com
5               JMeckes@ssd.com

6   Attorneys for Plaintiff
    IZUMI OHKUBO

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  IZUMI OHKUBO,                      Case No. C07 06354 JW

12              Plaintiff,             **[PROPOSED] ORDER DENYING
                                       DEFENDANTS' MOTION TO DISMISS
13        vs.                          COMPLAINT**

14  ANTARA BIOSCIENCES, INC.,          Date:  April 14, 2008
    MARC R. LABGOLD and DANA           Time: 9 a.m.
15  ICHINOTSUBO,
                                       Hon. James Ware
16              Defendants.

17

18          Having considered the submissions of the parties and oral argument of counsel, the Court

19  hereby DENIES Defendants' Motion to Dismiss plaintiff Izumi Ohkubo's Complaint.

20          Defendants ask the Court to dismiss for improper venue, arguing that Article 9 of the

21  parties February 28, 2006 Investment Contract is a mandatory forum selection provision.  Article

22  9 states in its entirety that "The Tokyo District Court shall be the court with jurisdiction regarding

23  lawsuits related to this Memorandum."  Controlling Ninth Circuit precedent requires that, "[t]o be

24  mandatory, a [forum selection] clause must contain language that clearly designates a forum as

25  the exclusive one." *N. Cal. Dist. Council of Laborers v. Pittsburgh-Des Moines Steel Co.,* 69 F.3d

26  1034 (9th Cir. 1995).   **"**When only jurisdiction is specified the clause will generally not be

27  enforced without some further language indicating the parties' intent to make jurisdiction

28  exclusive." *Docksider, Ltd. v. Sea Tech., Ltd.,* 875 F.2d 762, 764 (9th Cir. 1989).  Here, because

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

PROPOSED ORDER DENYING MOTION TO DISMISS COMPLAINT
Case No. C07 06354 JW

1    the relevant contractual provision (which the Court notes was drafted by defendant Antara

2    Biosciences, Inc.), does not expressly require exclusive jurisdiction in the Tokyo District Court.

3    Accordingly, at most, Article 9 permits the Tokyo District Court to exercise jurisdiction, but such

4    jurisdiction is not exclusive.

5          Defendants motion to dismiss for *forum non conveniens* is also DENIED.  The private and

6    public interest factors weigh against dismissal.  *Lueck v. Sundstrand Corp.,*  236 F.3d 1137, 1142-

7    43 (9th Cir. 2001).  Private interest factors generally focus on the convenience to witnesses and to

8    the defendants and the location of evidence.  Plaintiff, for his part, has pointed to over 20

9    witnesses--including the Defendants themselves--who are located in California or the United

10   States.  The Court further notes that Antara was headquartered in a 42,000 square foot facility

11   only a few minutes away in Mountain View, California.  Accordingly, the Defendants cannot

12   argue that litigation in this Court is inconvenient to them or to former Antara employees who are

13   likely to be witnesses in this Action.  Defendants have pointed to one witness who is resident in

14   Japan who Defendants contend has evidence that will be critical to the defense.  This witness,

15   however, has agreed to provide testimony in this Action if requested to do so by the Defendants.

16         The public interest factors also weigh against dismissal.  This case is about the

17   procurement by a California-based company of start-up capital from foreigners.  California has an

18   interest in ensuring that potential investors in California businesses are not cheated.  Accordingly,

19   California's interest in resolving this dispute weighs heavily against dismissal.

20         Accordingly, Defendants' Motion to Dismiss Plaintiff's Complaint is DENIED in its

21   entirety.

22   IT IS SO ORDERED.

23   Dated: _____, 2008

24

25                              _____

26                              HON. JAMES WARE
                               UNITED STATES DISTRICT JUDGE

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

-2-
PROPOSED ORDER DENYING MOTION TO DISMISS COMPLAINT
Case No. C07 06354 JW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

PROPOSED ORDER DENYING MOTION TO DISMISS COMPLAINT
Case No. C07 06354 JW