SQUIRE, SANDERS & DEMPSEY L.L.P.
Nathan Lane III (State Bar # 50961)
Joseph A. Meckes (State Bar # 190279)
Jason M. Richardson (State Bar # 250916)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:    +1.415.954.0200
Facsimile:    +1.415.393.9887
E-mail:    nlane@ssd.com
Email:    jmeckes@ssd.com
Email:    jrichardson@ssd.com

Attorneys for Plaintiff
IZUMI OHKUBO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| IZUMI OHKUBO,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANTARA BIOSCIENCES, INC.,<br>MARC R. LABGOLD and DANA<br>ICHINOTSUBO,<br><br>        Defendants. | **Case No.  C07-06354 JW**<br><br>**E-FILING**<br><br>**DISCLOSURE OF NON-PARTY<br>INTERESTED ENTITIES OR PERSONS** |

        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

                                Respectfully submitted,

DATED:    March 28, 2008                SQUIRE, SANDERS & DEMPSEY, L.L.P.


                                By_____/s/_____
                                        Joseph A. Meckes

                                Attorneys for Plaintiff
                                IZUMI OHKUBO.