```
 1  Squire, Sanders & Dempsey L.L.P.
    Nathan Lane III (State Bar # 50961)
 2  Joseph A. Meckes (State Bar # 190279)
    One Maritime Plaza, Suite 300
 3  San Francisco, California 94111-3492
    Telephone:  +1.415.954.0200
 4  Facsimile:  +1.415.393.9887
    Email:      NLane@ssd.com
 5              JMeckes@ssd.com

 6  Attorneys for Plaintiff
    IZUMI OHKUBO
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IZUMI OHKUBO,<br><br>  Plaintiff,<br><br>vs.<br><br>ANTARA BIOSCIENCES, INC.,<br>MARC R. LABGOLD and DANA<br>ICHNOTSUBO,<br><br>  Defendants. | Case No. C07 06354 JW<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br>**[Civil L.R. 16-8(b); ADR L.R. 3-5 (b)]** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

DATED: March 31, 2008

_____
Plaintiff IZUMI OHKUBO

DATED: March 31, 2008

_____
Joseph A. Meckes
Counsel for IZUMI OHKUBO