| | |
|---|---|
| 1 | Squire, Sanders & Dempsey L.L.P. |
| | Nathan Lane III (State Bar # 50961) |
| 2 | Joseph A. Meckes (State Bar # 190279) |
| | One Maritime Plaza, Suite 300 |
| 3 | San Francisco, California  94111-3492 |
| | Telephone:  +1.415.954.0200 |
| 4 | Facsimile:   +1.415.393.9887 |
| | Email:        NLane@ssd.com |
| 5 |                    JMeckes@ssd.com |

Attorneys for Plaintiff
IZUMI OHKUBO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IZUMI OHKUBO, | Case No. C07 06354 JW |
| Plaintiff, | **DECLARATION OF MIHARU FURIHATA** |
| vs. | |
| ANTARA BIOSCIENCES, INC., MARC R. LABGOLD and DANA ICHNOTSUBO, | |
| Defendants. | |

I, Miharu Furihata, declare as follows:

1. I am an attorney in the San Francisco office of Squire, Sanders & Dempsey L.L.P., counsel for Izumi Ohkubo in this case and am admitted to practice law in California. I grew up in Japan and graduated from The University of Tokyo in 1986. Japanese is my native language. I came to the United States in 1994. In 1997, I graduated from Vanderbilt University Law School with a J.D. degree and was, in that year, admitted to practice law in California. I am fluent in English and often have occasion to translate documents from Japanese to English or English to Japanese. I make this declaration of my own personal knowledge and, if called upon to do so, I could and would testify as set forth herein.

2. I have reviewed both the Japanese original and the English translation of the Investment Contract attached to the complaint in this action as Exhibit C. I have particularly

reviewed Article 9 of that agreement in the original and as translated.

3. Unlike English, the Japanese language does not contain articles, such as "the" or "a". Consequently, when Japanese is translated into English a translator will sometimes insert an article into the translation to make the English flow more naturally. This involves the exercise of discretion by the translator, who will not necessarily have any knowledge about the background or context of the document being translated, so one translator may choose "a" while another would choose "the" as the appropriate article for the same Japanese phrase.

4. A literal translation of Article 9 of the Investment Contract is: "The Tokyo District Court shall be court having jurisdiction over suit regarding this Memorandum."

5. Nothing in the Japanese original of Article 9 or the Investment Contract states or implies that the Tokyo District Court is the "only" or "exclusive" court having jurisdiction over the claims in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of April 2008 at San Francisco, California.

_____/S/_____
Miharu Furihata

Attestation of Conformed Signature

I hereby attest that my firm Squire, Sanders and Dempsey L.L.P. has on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

_____/s/_____
Joseph A. Meckes