1  Squire, Sanders & Dempsey L.L.P.
   Nathan Lane III (State Bar # 50961)
2  Joseph A. Meckes (State Bar # 190279)
   One Maritime Plaza, Suite 300
3  San Francisco, California  94111-3492
   Telephone:   +1.415.954.0200
4  Facsimile:   +1.415.393.9887
   Email:       NLane@ssd.com
5                JMeckes@ssd.com

6  Attorneys for Plaintiff
   IZUMI OHKUBO

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11  IZUMI OHKUBO,                    | Case No. C07 06354 JW

12            Plaintiff,             | **[PROPOSED] ORDER GRANTING
                                     | PLAINTIFF'S MOTION FOR
13       vs.                         | ADMINISTRATIVE RELIEF
                                     | PERMITTING PLAINTIFF TO FILE SUR-
14  ANTARA BIOSCIENCES, INC.,        | REPLY AND SUPPORTING
    MARC R. LABGOLD and DANA         | DECLARATIONS**
15  ICHINOTSUBO,                     |

16            Defendants.            | Hon. James Ware

17

18       For good cause shown, the Court hereby GRANTS plaintiff Izumi Ohkubo's Motion for

19  Administrative Relief and permits him to file the Sur-Reply and Objections and supporting

20  declarations that were attached to his Motion for Administrative Relief as Exhibits A, B and C.

21       By this Order, those documents shall be deemed filed.

22  IT IS SO ORDERED.

23  Dated: _____, 2008

24

25

26       _____
         HON. JAMES WARE
27       UNITED STATES DISTRICT JUDGE

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

PROPOSED ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF
Case No. C07 06354 JW