MICHAEL J. HARTLEY (State Bar No. 189375)
MACKENZIE E. HUNT (State Bar No. 251127)
**WESTON, BENSHOOF, ROCHEFORT,
   RUBALCAVA & MacCUISH LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: mhartley@wbcounsel.com
Email: mhunt@wbcounsel.com

Attorneys for Defendants
ANTARA BIOSCIENCES, INC.,
MARC R. LABGOLD and DANA ICHINOTSUBO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZUMI OHKUBO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANTARA BIOSCIENCES, INC.<br>MARC R. LABGOLD AND DANA<br>ICHINOTSUBO,<br><br>　　　　Defendants. | Case No.: C07 06354 JW<br><br>**ADR CERTIFICATION BY<br>PARTIES AND COUNSEL**<br>[Civil L.R. 16-8(b); ADR L.R. 3-5 (b)] |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited Printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

DATED: April 2, 2008

Michael J. Hartley
Attorney for Defendants
ANTARA BIOSCIENCES, INC., MARC R. LABGOLD and DANA ICHINOTSUBO

DATED: April __, 2008

Defendant MARC R. LABGOLD

DATED: April __, 2008

Defendant DANA ICHINOTSUBO

DATED: April __, 2008

Defendant ANTARA BIOSCIENCES, INC.

---

1

ADR CERTIFICATION BY PARTIES

1167274.1

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited Printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

DATED: April __, 2008

_____
Michael J. Hartley
Attorney for Defendants
ANTARA BIOSCIENCES, INC., MARC R. LABGOLD and DANA ICHINOTSUBO

DATED: April 1, 2008

_____
Defendant MARC R. LABGOLD

DATED: April __, 2008

_____
Defendant DANA ICHINOTSUBO

DATED: April __, 2008

_____
Defendant ANTARA BIOSCIENCES, INC.

1

1    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the
2 undersigned certifies that he or she has:
3    (1)   Read the handbook entitled *"Dispute Resolution Procedures in the*
4 *Northern District of California"* on the Court's ADR Internet site
5 www.adr.cand.uscourts.gov *(Limited Printed copies are available from the clerk's*
6 *office for parties in cases not subject to the court's Electronic Case Filing program*
7 *(ECF) under General Order 45)*;
8    (2)   Discussed the available dispute resolution options provided by the
9 Court and private entities; and
10    (3)   Considered whether this case might benefit from any of the
11 available dispute resolution options.

12 DATED: April __, 2008

13 _____
Michael J. Hartley
14 Attorney for Defendants
ANTARA BIOSCIENCES, INC., MARC R.
15 LABGOLD and DANA ICHINOTSUBO

16 DATED: April __, 2008

17 _____
Defendant MARC R. LABGOLD

18
19 DATED: April 1, 2008   *[signature]*
_____
Defendant DANA ICHINOTSUBO

20
21 DATED: April 1, 2008   *[signature]*
_____
22 Defendant ANTARA BIOSCIENCES, INC.

1167274.1

ADR CERTIFICATION BY PARTIES