MICHAEL J. HARTLEY (State Bar No. 189375)
MACKENZIE E. HUNT (State Bar No. 251127)
**WESTON, BENSHOOF, ROCHEFORT,
RUBALCAVA & MacCUISH LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California  90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: mhartley@wbcounsel.com
Email: mhunt@wbcounsel.com

Attorneys for Defendants
ANTARA BIOSCIENCES, INC.,
MARC R. LABGOLD and DANA ICHINOTSUBO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZUMI OHKUBO,<br><br>            Plaintiff,<br><br>     v.<br><br>ANTARA BIOSCIENCES, INC.<br>MARC R. LABGOLD AND DANA<br>ICHINOTSUBO,<br><br>            Defendants. | Case No.: C07 06354 JW<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF; REQUEST TO FILE SUR-REPLY AND OBJECTIONS TO EVIDENCE PRESENTED IN REPLY BRIEF**<br><br>Date: April 14, 2008<br>Time: 9:00a.m.<br><br>   Honorable James Ware<br>   Courtroom 8<br><br>[[PROPOSED] Order filed concurrently herewith]<br><br>Complaint Filed:  December 14, 2007 |

DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF

1169233.1

# MEMORANDUM OF POINTS AND AUTHORITIES

When Ohkubo starts contesting his own translation of a single-sentence forum selection clause, and proper translation and construction of the entire Investment Contract is at issue (Ohkubo Sur-Reply at 2:18-24), it is hard to imagine a better argument in support of Defendants' argument that the Tokyo District Court is the proper forum for the present dispute.

While we appreciate the point, the Court has been subjected to enough briefing without the need for a sur-reply (or a sur-sur-reply in response). There is nothing "new" about the language of the forum selection clause, or the importance of Suzuki, the Investment Contract, or the Japanese Litigation. These are obvious issues that were addressed in Defendants' opening papers. (*See, e.g.*, Motion at 3:18-20; 8:20-22; 5:19-21).

Ohkubo is also missing the point (and/or intentionally misleading the Court). The purpose of Defendants' Motion is to determine the proper forum for this dispute. The burden is on the parties to identify the major issues in dispute so the Court can determine the proper forum to resolve them. That is what Defendants have done. Ohkubo, by contrast, is trying to engage in a battle of the declarations over who supposedly drafted the Investment Contract, or about whether Ohkubo really speaks English. Those are substantive issues which are more appropriate for trial. The point at this stage is simply to identify them as issues, so the Court can determine the forum best suited to address them.

///
///
///

1      For all of these reasons, we respectfully request that Ohkubo's application be denied. To the extent the Court concludes otherwise, we will be prepared to respond to the issues raised and, as necessary, provide additional evidence at the hearing to address any questions the Court may have.

DATED: April 4, 2008

        MICHAEL J. HARTLEY
        MACKENZIE E. HUNT
        **WESTON, BENSHOOF, ROCHEFORT, RUBALCAVA & MacCUISH LLP**

        /MJH/ Michael J. Hartley
        _____
        Michael J. Hartley
        Attorneys for Defendants
        ANTARA BIOSCIENCES, INC., MARC R. LABGOLD and DANA ICHINOTSUBO

1169233.1    DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF