MICHAEL J. HARTLEY (State Bar No. 189375)
MACKENZIE E. HUNT (State Bar No. 251127)
**WESTON, BENSHOOF, ROCHEFORT,
   RUBALCAVA & MacCUISH LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California  90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: mhartley@wbcounsel.com
Email: mhunt@wbcounsel.com

Attorneys for Defendants
ANTARA BIOSCIENCES, INC.,
MARC R. LABGOLD and DANA ICHINOTSUBO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZUMI OHKUBO,<br><br>    Plaintiff,<br><br>v.<br><br>ANTARA BIOSCIENCES, INC.<br>MARC R. LABGOLD AND DANA<br>ICHINOTSUBO,<br><br>    Defendants. | Case No.: C07 06354 JW<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Date: April 14, 2008<br>Time: 9:00a.m.<br><br>Honorable James Ware<br>Courtroom 8<br><br>[Opposition to Plaintiff's Motion for Administrative Relief filed concurrently herewith]<br><br>Complaint Filed:   December 14, 2007 |

# ORDER

THE COURT, having considered the papers submitted in support of and in opposition to Plaintiff's Motion for Administrative relief, all other admissible matters presented to the Court, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Administrative Relief is DENIED.

DATED: _____

Honorable James Ware, Courtroom 8

Respectfully submitted.

DATED: April 4, 2008

MICHAEL J. HARTLEY
MACKENZIE E. HUNT
**WESTON, BENSHOOF, ROCHEFORT, RUBALCAVA & MacCUISH LLP**

_____
/MJH/ Michael J. Hartley
Michael J. Hartley
Attorneys for Defendants
ANTARA BIOSCIENCES, INC., MARC R. LABGOLD and DANA ICHINOTSUBO

1

[PROPOSED] ORDER

1169265.1