UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware  
**Date:** 4/14/2008  
**Case No.:** C-07-06354 JW  
**Related Case No.:** N/A  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Irene Rodriguez  
**Interpreter:** N/A  

## TITLE

**Izumi Ohkubo v. Antara Biosciences Inc et al**

**Attorney(s) for Plaintiff(s):** Joseph Meckes, Nathan Lane, III  
**Attorney(s) for Defendant(s):** Michael Hartley

## PROCEEDINGS

1. Defendants' Motion to Dismiss Complaint
2. Case Management Conference

## ORDER AFTER HEARING

Hearing Held. The Court took the matter under submission after oral argument. The Court held a case management conference off the record and set the following scheduling dates:

1. Close of All Discovery set for January 30, 2009
2. Last Date to Hear Dispositive Motions set for March 30, 2009
   **\*\*Motions are heard at 9:00 AM\*\***
3. Preliminary Pretrial Conference set for December 22, 2008 at 11:00 AM
   **\*\*Joint pretrial statement due December 12, 2008\*\***

The Court to issue further order on motion and scheduling dates.

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-Filed**  
CC: