# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Ohkubo,<br><br>           Plaintiff(s),<br><br>v.<br><br>Antara Biosciences, Inc.,<br><br>           Defendant(s). | 07-06354 JW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Dana Curtis**
> Dana Curtis Mediation
> 116 Caledonia St.
> Sausalito, CA 94965
> 415-331-5158
> danacp@aol.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06354 JW MED            - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: June 2, 2008

                         RICHARD W. WIEKING
                         Clerk
                         by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-06354 JW MED                         - 2 -