1  MICHAEL J. HARTLEY (State Bar No. 189375)
   MACKENZIE E. HUNT (State Bar No. 251127)
2  **WESTON, BENSHOOF, ROCHEFORT,**
   **RUBALCAVA & MacCUISH LLP**
3  333 South Hope Street
   Sixteenth Floor
4  Los Angeles, California 90071
   Telephone: (213) 576-1000
5  Facsimile: (213) 576-1100
   Email: mhartley@wbcounsel.com
6  Email: mhunt@wbcounsel.com

7  Attorneys for Defendants
   ANTARA BIOSCIENCES, INC.,
8  MARC R. LABGOLD and DANA ICHINOTSUBO

9

10                UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12

13

14 | IZUMI OHKUBO,                    | Case No.: C07 06354 JW
15 |         Plaintiff,                | **DECLARATION OF DEFENDANT DANA ICHINOTSUBO SUBMITTED IN CONJUNCTION WITH STATUS REPORT ON JAPANESE LITIGATION IN CONNECTION WITH PENDING MOTION TO DISMISS**
16 | v.                                |
17 | ANTARA BIOSCIENCES, INC.          |
   | MARC R. LABGOLD AND DANA          |
18 | ICHINOTSUBO,                      |
19 |         Defendants.               | Honorable James Ware
                                         Courtroom 8
20                                      Complaint Filed: December 14, 2007

21

22

23

24

25

26

27

28

---

1220652.2              DECLARATION OF DANA ICHINOTSUBO

I, Dana Ichinotsubo, do hereby declare as follows:

1. I have personal knowledge of the facts set forth herein and could competently testify if required to do so.

2. I make this declaration in support of the Status Report filed herewith by Defendants, Antara Biosciences, Inc. ("Antara"), Marc R. Labgold, Ph.D. ("Labgold"), and myself (collectively, "Defendants").

3. I am a citizen and resident of the State of Hawaii. I also am an officer and director of Antara and an officer and director of K.K. Eurus Genomics ("Eurus"), which is located in Tokyo Japan.

4. As the Court knows, there is a co-pending Japanese litigation that involves the same factual occurrences as the instant action.

5. In that case, Plaintiff's Ohkubo and Ohno, submitted only one third party declaration – that of Mr. Toshiaki Suzuki – the individual that Defendants have asserted is a necessary witness to the issues pending in this litigation.

6. On or about July 31, 2008, the Japanese court issued a decision in that litigation in Mr. Ohkubo's favor.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2008, at Honolulu, Hawaii.

_____
Dana Ichinotsubo

DECLARATION OF DANA ICHINOTSU

1220652.2