| | |
|---|---|
| 1 | MICHAEL J. HARTLEY (State Bar No. 189375) |
| 2 | MACKENZIE E. HUNT (State Bar No. 251127) |
|   | **ALSTON & BIRD LLP** |
| 3 | 333 South Hope Street |
|   | Sixteenth Floor |
| 4 | Los Angeles, California  90071 |
|   | Telephone:  (213) 576-1000 |
| 5 | Facsimile:  (213) 576-1100 |
|   | Email:  michael.hartley@alston.com |
| 6 | Email:  mackenzie.hunt@alston.com |

Attorneys for Defendants
ANTARA BIOSCIENCES, INC.,
MARC R. LABGOLD and DANA ICHINOTSUBO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZUMI OHKUBO, | Case No.: C07 06354 JW |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM NAME** |
| v. | Honorable James Ware |
| ANTARA BIOSCIENCES, INC. MARC R. LABGOLD AND DANA ICHINOTSUBO, | Courtroom 8 |
| | Complaint Filed:   December 14, 2007 |
| Defendants. | |

NOTICE OF CHANGE OF FIRM NAME

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Weston Benshoof Rochefort Rubalcava & MacCuish, LLP, has combined with the firm of Alston & Bird, LLP, and notice is hereby given that the new firm name in this matter shall be as follows, effective September 1, 2008. The firm's address, phone and facsimile numbers remain the same:

> Michael J. Hartley (State Bar No. 189375)
> MacKenzie E. Hunt (State Bar No. 251127)
> ALSTON & BIRD LLP
> 333 South Hope Street, Sixteenth Floor
> Los Angeles, CA 90071
> Telephone: (213) 576-1000
> Facsimile: (213) 576-1100
> michael.hartley@alston.com
> mackenzie.hunt@alston.com

DATED: September 10, 2008            MICHAEL J. HARTLEY
                                     MACKENZIE E. HUNT
                                     **ALSTON & BIRD LLP**

                                     /s/ Michael J. Hartley
                                     ───────────────────────
                                     Michael J. Hartley
                                     Attorneys for Defendants
                                     ANTARA BIOSCIENCES, INC., MARC R.
                                     LABGOLD and DANA ICHINOTSUBO