SQUIRE, SANDERS & DEMPSEY L.L.P.
Nathan Lane III (State Bar # 50961)
Joseph A. Meckes (State Bar # 190279)
Jason M. Richardson (State Bar # 250916)
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
Email: nlane@ssd.com
       jmeckes@ssd.com
       jrichardson@ssd.com

Attorneys for Plaintiff
IZUMI OHKUBO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZUMI OHKUBO, | Case No.: C07 06354 JW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING ALTERNATIVE DISPUTE RESOLUTION DEADLINE** |
| v. | |
| ANTARA BIOSCIENCES, INC. MARC R. LABGOLD AND DANA ICHINOTSUBO, | Honorable James Ware<br>Courtoom 8 |
| Defendants. | Complaint Filed: December 14, 2007 |

STIPULATION AND [PROPOSED] ORDER EXTENDING ALTERNATIVE DISPUTE RESOLUTION DEADLINE

THE PARTIES, THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The current presumptive deadline for the completion of the ADR in the form of mediation (ADR L. R. 6) has been set for October 31, 2008 pursuant to this Court's April 8, 2008 order. [Dkt. #33]

2. Both parties have determined that more productive and effective mediation will be possible if the mediation is postponed until after this Court decides defendants' pending motion to dismiss. [Dkt. # 10].

3. Both parties agree and stipulate to extend the deadline for completing mediation until 120 days after this Court issues its ruling in connection with the pending motion to dismiss.

IT IS SO STIPULATED.

DATED: September 30, 2008

NATHAN LANE III
**SQUIRE, SANDERS & DEMPSEY L.L.P.**

/s/
Nathan Lane III

Attorneys for Plaintiff
IZUMI OHKUBO

DATED: September 30, 2008

MICHAEL J. HARTLEY
**ALSTON & BIRD L.L.P.**

/s/
Michael J. Hartley

Attorneys for Defendants
ANTARA BIOSCIENCES, INC., MARC R. LABGOLD and DANA ICHINOTSUBO

- 1 -

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

STIPULATION AND [PROPOSED] ORDER EXTENDING ALTERNATIVE DISPUTE RESOLUTION DEADLINE

1  Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest that concurrence
2  in the filing of this document has been obtained from its signatory.
3
4  DATED: September 30, 2008

/s/
Nathan Lane III

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

The Stipulation is found as MOOT.  The Court GRANTED the Motion to Dismiss without Prejudice on September 30, 2008.

Dated: September 30 2008       *James Ware* (signature)

HON. JAMES WARE

United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING ALTERNATIVE DISPUTE RESOLUTION DEADLINE

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492